**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

D.E.G.,                             :    No. 768 MAL 2015

             Petitioner          :

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court

         v.                        :

R.A.G.,                             :

            Respondent       :

## ORDER

**PER CURIAM**

       **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.